ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 1:42 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00132-CV**

# In the Court of Appeals
## for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 1:42:29 PM
CHRISTOPHER A. PRINE
Clerk

———

AIRW 2017-7, L.P.; 600 WESTINGHOUSE INVESTMENTS, LLC; AND 800 WESTINGHOUSE INVESTMENTS, LLC; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; AND JONAH WATER SPECIAL UTILITY DISTRICT,

*Appellants*,

*v.*

CITY OF GEORGETOWN, TEXAS,

———

*Appellee.*

On Appeal from the
261st Judicial District Court, Travis County

———

## NOTICE OF APPEARANCE OF COUNSEL

———

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

In accordance with Texas Rule of Appellate Procedure 6.1(c), Appellant Texas Commission on Environmental Quality notifies the Court that Assistant Solicitor General Jacob C. Beach, State Bar No. 24116083, will serve as additional counsel in this case. Appellant respectfully requests that all communications be directed to counsel as follows:

Jacob C. Beach
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-6407
Jacob.Beach@oag.texas.gov

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

WILLIAM R. PETERSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Jacob C. Beach
JACOB C. BEACH
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

State Bar No. 24116083
Jacob.Beach@oag.texas.gov

Counsel for Texas Commission on Environmental Quality

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victor Hernandez on behalf of Jacob Beach
Bar No. 24116083
victor.hernandez@oag.texas.gov
Envelope ID: 108068780
Filing Code Description: Other Document
Filing Description: 20251114 AIRW NOA_Jacob Beach
Status as of 11/14/2025 1:46 PM CST

Associated Case Party: City of Georgetown

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 11/14/2025 1:42:29 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 11/14/2025 1:42:29 PM | SENT |
| Skye Masson | | Skye.Masson@georgetowntexas.gov | 11/14/2025 1:42:29 PM | SENT |
| Kelsey Parker | | kparker@spencerfane.com | 11/14/2025 1:42:29 PM | SENT |
| Maris Chambers | | MChambers@spencerfane.com | 11/14/2025 1:42:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Thompson | 24088531 | will@lkcfirm.com | 11/14/2025 1:42:29 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 11/14/2025 1:42:29 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 11/14/2025 1:42:29 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 11/14/2025 1:42:29 PM | SENT |
| Michael Parsons | 24079109 | michael@carltonlawaustin.com | 11/14/2025 1:42:29 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 11/14/2025 1:42:29 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 11/14/2025 1:42:29 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 11/14/2025 1:42:29 PM | SENT |
| Kelli Carlton | | kelli@carltonlawfirm.com | 11/14/2025 1:42:29 PM | ERROR |
| Erin Selvera | | erin@carltonlawfirm.com | 11/14/2025 1:42:29 PM | ERROR |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 11/14/2025 1:42:29 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victor Hernandez on behalf of Jacob Beach
Bar No. 24116083
victor.hernandez@oag.texas.gov
Envelope ID: 108068780
Filing Code Description: Other Document
Filing Description: 20251114 AIRW NOA_Jacob Beach
Status as of 11/14/2025 1:46 PM CST

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 11/14/2025 1:42:29 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 11/14/2025 1:42:29 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 11/14/2025 1:42:29 PM | ERROR |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 11/14/2025 1:42:29 PM | ERROR |
| Evan Greene | | evan.greene@oag.texas.gov | 11/14/2025 1:42:29 PM | SENT |
| Erin  K.Snody | | Erin.Snody@oag.texas.gov | 11/14/2025 1:42:29 PM | ERROR |
| Sara Ferris | | sara.ferris@oag.texas.gov | 11/14/2025 1:42:29 PM | SENT |

Associated Case Party: AIRW 2017-7, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Davis | | andrew@lkcfirm.com | 11/14/2025 1:42:29 PM | SENT |

Associated Case Party: AIRW 2017-7, L.P.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 11/14/2025 1:42:29 PM | SENT |
| Michael Cotton | | michael@lkcfirm.com | 11/14/2025 1:42:29 PM | ERROR |

Associated Case Party: Jonah Water Special Utility District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Carlton | | john@carltonlawfirm.com | 11/14/2025 1:42:29 PM | ERROR |